UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIO DE LA CRUZ SALES, JR.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEH CHARLES JOHNSON, et al.,<br><br>　　　　Respondents. | Case No. 16-cv-01745 EDL (PR)<br><br>**JUDGMENT** |

Respondents' motion to dismiss is denied, and Petitioner's petition for writ of habeas corpus is granted. Judgment is entered in favor of Petitioner.

**IT IS SO ORDERED.**

DATED: April 27, 2017

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Case No. 16-cv-01745 EDL (PR)
JUDGMENT

1