UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIO DE LA CRUZ SALES,<br><br>    Plaintiff,<br><br>v.<br><br>JEH CHARLES JOHNSON, et al.,<br><br>    Defendants. | Case No. 16-cv-01745-EDL<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 4/27/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cornelio De La Cruz Sales
c/o Michelle Healey
1739-A Sapling Court
Concord, CA 94519

Dated: 4/27/2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Angella Meuleman, Deputy Clerk to the
Honorable ELIZABETH D. LAPORTE