CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GISELA A. WESTWATER
Assistant Director
SHEREASE PRATT
Senior Litigation Counsel
GLADYS M. STEFFENS GUZMÁN
Trial Attorney
United States Department of Justice
Civil Division, Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7181
Facsimile:  (202) 305-1890
E-Mail: gladys.steffens-guzman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| CORNELIO DE LA CRUZ SALES, JR., <br><br> Petitioner, <br><br> v. <br><br> JOHN F. KELLY, Secretary, United States Department of Homeland Security, et al., <br><br> Respondents. | Case No. 3:16-cv-01745-EDL <br><br> **Noted on Calendar:** <br> **July 11, 2017 at 9:00 am** <br><br> **RESPONDENTS' NOTICE OF MOTION** |

  PLEASE TAKE NOTICE that on Tuesday, July 11, 2017, at 9:00 am, or as soon thereafter as counsel may be heard, Respondents, by and through their counsel, Gladys M. Steffens Guzmán, Trial Attorney, United States Department of Justice, shall appear before the Honorable Magistrate Judge Elizabeth D. Laporte, and move this Court for an order under

Federal Rule of Civil Procedure 59(e) and 60(a), (b), amending or altering this Court's Order, dated April 27, 2017, granting Petitioner's request for a writ of habeas corpus. Respondents' Motion is based on this notice, the memorandum of points and authorities in support of this motion, the pleadings and exhibits on file in this matter, and on such oral argument as the Court may permit. Pursuant to the Local Rules, Petitioner's opposition to this motion will be due June 8, 2017, fourteen (14) days after service of the motion. Civ. L.R. 7-3(a).

Dated: May 25, 2017                     Respectfully submitted,

CHAD A. READLER
United States Department of Justice
Acting Assistant Attorney General,
Civil Division

WILLIAM C. PEACHEY
Director

GISELA A. WESTWATER
Assistant Director

SHEREASE PRATT
Senior Litigation Counsel

 */s/ Gladys M. Steffens Guzmán*
GLADYS M. STEFFENS GUZMÁN
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
450 5th Street, NW
Washington, DC 20044
Telephone: (202) 305-7181
Facsimile:  (202) 305-1890
E-Mail: gladys.steffens-guzman@usdoj.gov

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2017, I served a copy of Respondents' Notice of Motion on *pro se* Petitioner Cornelio de la Cruz Sales, Jr., via regular mail to the following address:

Cornelio de la Cruz Sales, Jr.
c/o Michelle Healey
1739-A Sapling Court
Concord, CA 94519

DATED:  May 25, 2017                           Respectfully submitted,

*/s/ Gladys M. Steffens Guzmán*
GLADYS M. STEFFENS GUZMÁN