U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
100 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94104

FILE: A# 029-556-125

IN THE MATTER OF:
**SALES, CORNELIUS DELA CRUZ**

RESPONDENT

IN REMOVAL PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE
## WITH RESPECT TO CUSTODY

### ***RODRIGUEZ BOND ORDER***

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

[X]   ORDERED that the request for a change in custody status be denied.

[X]   ORDERED that the respondent is ordered detained without bond.

___   No jurisdiction pursuant to 236 of the Act.

___   ORDERED that the request be granted and that respondent be:

   ___   released from custody under bond of $_____

___   OTHER  _____

_____

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: waived -- reserved (R / I / B) Due by: 5/8/17

SAN FRANCISCO -- SAN FRANCISCO, CALIFORNIA

Date: 4/7/17

_____
ANTHONY S. MURRY
Immigration Judge

XS