UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
100 MONTGOMERY ST., SUITE 800
SAN FRANCISCO, CA  94104


Asian Law Caucus
Prasad, Anoop
55 Columbus Avenue
San Francisco, CA  94111

Date: May 3, 2017

File A029-556-125

In the Matter of:
SALES, CORNELIUS DELA CRUZ

\_\_\_\_\_   Attached is a copy of the written decision of the Immigration Judge.
        This decision is final unless an appeal is taken to the Board of
        Immigration Appeals.  The enclosed copies of FORM EOIR 26,
        Notice of Appeal, and FORM EOIR 27, Notice of Entry as Attorney or
        Representative, properly executed, must be filed with the Board of
        Immigration Appeals on or before _____.
        The appeal must be accompanied by proof of paid fee ($110.00).

\_\_\_\_\_   Enclosed is a copy of the oral decision.

\_\_\_\_\_   Enclosed is a transcript of the testimony of record.

\_\_\_\_\_   You are granted until _____ to submit a brief
        to this office in support of your appeal.

\_\_\_\_\_   Opposing counsel is granted until _____ to submit a
            brief in opposition to the appeal.

__X__   Enclosed is a copy of the **Order/Decision** of the Immigration Judge
            and a **Notice of Hearing.**

        All papers filed with the Court shall be accompanied by proof
        of service upon opposing counsel.

                        Sincerely,

                        _____
                        Immigration Court Clerk              UL

cc: KERSTEN, SEAN A.
    100 MONTGOMERY STREET, STE 200
    SAN FRANCISCO, CA  94104

ACTION COMPLETE
APPROVED FOR FILING

MAY 0 5 A.M.

Office of the Chief Counsel,

**United States Department of Justice**
**Executive Office for Immigration Review**
**Immigration Court**
**San Francisco, California**

In the Matter of: Cornelio Sales                              A Number: 029 556 125

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Respondent's Motion for *Rodriguez* Bond Hearing, it is HEREBY ORDERED that the motion be ☒ GRANTED ☐ DENIED because:

☐ DHS does not oppose the motion.
☐ The respondent does not oppose the motion.
☐ A response to the motion has not been filed with the court.
☐ Good cause has been established for the motion.
☐ The court agrees with the reasons stated in the opposition to the motion.
☐ The motion is untimely per _____.
☒ Other: *Per Magistrate Laporte.*

Deadlines:
☐ The application(s) for relief must be filed by _____.
☐ The respondent must comply with DHS biometrics instructions by _____.

_5/3/17_                                             _/s/ Anthony Murry_
Date                                                 Anthony Murry
                                                     Immigration Judge

---

Certificate of Service
This document was served by: ☒ Mail [ ] Personal Service

To: [ ] Alien [ ] Alien c/o Custodial Officer ☒ Alien's Atty/Rep ☒ DHS

Date: _5/3/17_                By: Court Staff _ER_

2

A029 556 125
Motion for *Rodriguez* Bond Hearing

```
                    IMMIGRATION COURT
              100 MONTGOMERY ST., SUITE 800
                 SAN FRANCISCO, CA  94104
```

# *** RODRIGUEZ BOND HEARING ***

```
Asian Law Caucus
Prasad, Anoop
55 Columbus Avenue
San Francisco, CA  94111


FILE: A029-556-125

RE:   SALES, CORNELIUS DELA CRUZ
```

## NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS

PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN SCHEDULED/RESCHEDULED FOR A *RODRIGUEZ BOND REDETERMINATION HEARING* BEFORE THE IMMIGRATION COURT ON **Jun 23, 2017 AT 09:00 A.M.** AT THE FOLLOWING ADDRESS:

```
              630 SANSOME ST, 4TH FLOOR, COURTROOM 3
                 SAN FRANCISCO, CA  94111
```

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS BEFORE AN IMMIGRATION COURT. IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

---
                         CERTIFICATION OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer  [X] ALIEN's ATT/REP   [X] DHS
DATE:    **05/03/17**        BY: COURT STAFF ____ER_____
     Attachments:   [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List   [ ] Other
---

U7