FILED
JUN 12 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 6, 2017

Re:   NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Court,

I am writing this letter informing this Honorable Court that my correspondence address has changed. Please send all future correspondence and submissions to this address:

>   Cornelio De La Cruz Sales, Jr.
>   c/o Michelle J. Healey
>   2162 Burton Avenue
>   Pittsburg, CA 94565

If you have any questions, please don't hesitate to contact me at the above address.

Thank you for your time and consideration.


Respectfully submitted,

*[signature]*

Cornelio De La Cruz Sales, Jr.