Cornelio De La Cruz Sales, Jr. #29556125
Etowah County Detention Center 9-30
827 Forrest Avenue
Gadsden, Alabama 35901



07 JUN 2017 PM 3 L

"MAILED FROM:
ETOWAH COUNTY JAIL"

United States District Court
Northern District of California
Clerk of the Honorable Magistrate Judge
Elizabeth D. Laporte
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

LEGAL MAIL

94102-342616